# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-3073** **September Term, 2026**

**1:22-gj-00025-BAH**

**Filed On:** September 9, 2026

In re: Sealed Case

**No. 23-3002** **1:22-gj-00033-BAH**

In re: Sealed Case

**No. 23-3003** **1:22-gj-00039-BAH**

In re: Sealed Case

**No. 23-3035** **1:23-gj-00010-BAH**

In re: Sealed Case

**No. 23-3036** **1:23-gj-00010-BAH**

In re: Sealed Case

**No. 23-3043** **1:23-gj-00012-BAH**

In re: Sealed Case

**No. 23-3049** **1:23-gj-00013-JEB**

In re: Sealed Case

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-3073, et al.** **September Term, 2026**

**BEFORE:** Wilkins, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions to unseal, the combined response thereto, and the ex parte exhibits to the response, it is

**ORDERED** that the motions to unseal be granted to the extent that the government is directed to publicly file the proposed redacted documents contained in the ex parte exhibits to its combined response. The government is instructed to redact the documents consistent with the redactions it has proposed and the additional instructions provided in the sealed, ex parte appendix to this order. The government should file the redacted documents in the case in which the documents were originally filed, or any objection or request for clarification as to the additional instructions in the appendix, within 14 days of the date of this order. Consideration of the motions to unseal is otherwise deferred pending further order of the court. It is

**FURTHER ORDERED** that, if movant wishes to contest specific redactions, he should reply to the government's combined response within 30 days of the government's public filing of the proposed redacted material. The government may file any surreply within 21 days of movant's reply. It is

**FURTHER ORDERED**, on the court's own motion, that the motions to unseal and the combined response thereto be unsealed. The Clerk is directed to publicly docket the motions to unseal and the combined response. The Clerk is further directed to maintain the exhibits to the combined response ex parte and under seal.

**Per Curiam**